# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 367 WAL 2019

             Respondent        :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

             v.                   :

                                 :

ROBERT MICKENS,               :

                                 :

              Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2020, the Petition for Leave to Amend is Granted, and the Petition for Allowance of Appeal is **DENIED**.